In the Matter of the Accounting of ROBERT M. GLUCK et al., as Substituted Trustees under the Will of JOSEPH BIERHOFF, Deceased, Respondents.

HANNAH N. BIERHOFF et al., as Executors of FREDERICK BIERHOFF, Deceased, et al., Appellants; ALAN F. BIERHOFF et al., Respondents.

Argued October 16, 1947; decided November 20, 1947.

*Max J. Rubin, John T. McNally, Jr.,* and *Frederick Baum* for Hannah N. Bierhoff and others, appellants.

*J. George Levy* for Ralph J. Sommer, appellant.

*Harrison F. Durand* and *Howell D. Boyd* for Frances Bierhoff, respondent.

*Alfred A. Walter* and *James L. Walter* for Alan F. Bierhoff, respondent.

Order affirmed, with costs to all parties appearing separately and filing briefs, payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.